IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LAURIE RUFFNER,<br><br>                     Plaintiff,<br><br>   vs.<br><br>KEN BLANCHARD COMPANIES,<br>INC.,<br><br>                 Defendant. | CV 16-109-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED, pursuant to the Court's Order dated this date, that judgment is entered in favor of Defendant Ken Blanchard Companies, Inc. and against Plaintiff Laurie Ruffner.

      Dated this 30th day of November, 2017.

                            TYLER P. GILMAN, CLERK

                            By: /s/ Nicole Stephens
                            Nicole Stephens, Deputy Clerk