IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

LAURIE RUFFNER,

Plaintiff,

vs.

KEN BLANCHARD COMPANIES,
INC.,

Defendant.

CV 16–109–M–DWM

ORDER

Defendant Ken Blanchard Companies, Inc. having filed a notice of

withdrawal as to its motion for attorneys' fees and bill of costs,

IT IS ORDERED that the defendant's Motion for Attorneys' Fees (Doc. 56)

and Application for Taxation of Costs (Doc. 58) are deemed withdrawn.

DATED this 8 day of January, 2018.

Donald W. Molloy, District Judge
United States District Court